

# THE ATTORNEY GENERAL

## OF TEXAS

### AUSTIN 11, TEXAS

**WILL WILSON**
**ATTORNEY GENERAL**

July 8, 1957

Honorable M. B. Morgan
Commissioner
Bureau of Labor Statistics
Capitol Station
Austin, Texas

Opinion No. WW-184.

Re: Interpretation and con-
struction of Section 5,
Article 5172a, Vernon's
Civil Statutes, Hours of
Work for Female Employ-
ees and Exceptions as to
certain employment.

Dear Mr. Morgan:

  You have requested our opinion upon the construction
of Section 5, Article 5172a, Vernon's Civil Statutes, and ask
to be advised if the exemptions under said statute, as to
stenographers, pharmacists, mercantile establishments, telephone
and telegraph companies apply only to rural districts, and in
cities or towns or villages of less than three thousand popula-
tion.

  Section 1, Article 5172a, Vernon's Civil Statutes,
reads as follows:

   "No female shall be employed in any factory,
mine, mill, workshop, mechanical or <u>mercantile</u>
<u>establishment</u>, hotel, restaurant, rooming house,
theater, moving picture show, barber shop, beauty
shop, road side drink and/or food vending estab-
lishment, <u>telegraph</u>, <u>telephone</u> or other office,
express or transportation company, or any State
institution, or any other establishment, institu-
tion or enterprise where females are employed,
for more than nine (9) hours in any one calendar
day, nor more than fifty-four (54) hours in any
one calendar week."  (Emphasis ours).

  Section 5, Article 5172a, Vernon's Civil Statutes,
entitled "Exceptions as to certain employments," reads in part
as follows:

   "The four (4) preceding Sections shall not
apply to stenographers and pharmacists, nor to
mercantile establishments, nor telephone and tele-
graph companies in rural districts, and in cities
or towns or villages of less than three thousand

(3000) inhabitants as shown by the last preced-
ing Federal Census, nor to . . ."

The language of Section 5, Article 5172a, clearly ex-
empts stenographers and pharmacists from Section 1, Article
5172a, irrespective of the number of inhabitants in the particu-
lar rural district, city, town, or village where they work.

Section 1, Article 5172a, states specifically that
females working in mercantile establishments and telephone and
telegraph companies shall not be employed for more than nine
hours in any one calendar day, nor more than fifty-four hours
in any one calendar week.

A cardinal rule of construction requires that all
the language and every part of a statute be given effect, if
reasonably possible. A construction should not be adopted if
it can be avoided, that will render any part of the act inoper-
ative, nugatory or superfluous. 39 Tex.Jur. 208, Statutes,
Section 112.

Another fundamental rule requires that a statute be
construed as a whole and that all of its parts be harmonized,
if possible, so as to give effect to the entire act. Each part
of the statute is to be considered in connection with every
other part and the entire enactment, in order to produce a har-
monious whole. A provision will not be given a meaning out of
harmony with other provisions and inconsistent with the purpose
of the act, although it would be susceptible of such construc-
tion if standing alone. 39 Tex.Jur. 209, Statutes, Section 113.

Should Section 5, Article 5172a, be construed to ex-
empt mercantile establishments and telephone and telegraph com-
panies, regardless of their location, from the coverage of
Section 1, Article 5172a, the effect would be to render the
words "mercantile establishments" and "telegraph, telephone" su-
perfluous or nugatory as used in Section 1, Article 5172a. This
construction we cannot apply because to do so would make the two
sections inconsistent.

You are accordingly advised that mercantile estab-
lishments and telephone and telegraph companies are exempted
from Section 1, Article 5172a, in rural districts, cities or
towns of less than three thousand inhabitants as shown by the
last preceding Federal Census.

## SUMMARY

Section 5, Article 5172a, exempts mercantile establishments and telephone and telegraph companies from coverage under Section 1, Article 5172a, only if the city, town or village in which they are located has less than three thousand inhabitants, or if located in rural districts.

Very truly yours,

WILL WILSON
Attorney General of Texas

By
    Marvin R. Thomas, Jr.
    Assistant

MRT:pf:wb

APPROVED:

OPINION COMMITTEE

H. Grady Chandler, Chairman
Marietta McGregor Payne
Wayland C. Rivers, Jr.
Roger I. Daily

REVIEWED FOR THE ATTORNEY GENERAL

BY:   Geo. P. Blackburn